# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERINEO SERRANO,<br><br>        Petitioner,<br><br>   v.<br><br>P.L. VASQUEZ, WARDEN,<br><br>        Respondent.               / | CV F   06-1618 OWW DLB HC<br><br>ORDER GRANTING MOTION TO WITHDRAW |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On December 15, 2007, counsel for Petitioner, Joseph V. Camarata, Esq., filed a motion to withdraw as counsel.  Mr. Camarata states that on July 16, 2007, he began employment as a Deputy District Attorney for the County of Salinas, California, and can therefore no longer represent Petitioner in this case.  Counsel has submitted an affidavit stating that he has contacted Petitioner of this condition and he has no objection.  He further states that there are no refund issues.  He has also served opposing counsel with a copy of the motion.  Accordingly, pursuant to Local Rule 83-182(d), Counsel's motion to withdraw due to a conflict of interest is GRANTED, and Petitioner is substituted as "counsel" in pro se.  Petitioner's last known address is Wasco State Prison, P.O. Box 4400, Wasco, CA 93280, and his prison identification number is D-07913.  (Motion, at 3.)

    IT IS SO ORDERED.

**Dated:   January 3, 2008**                              **/s/ Dennis L. Beck**
                                                                           UNITED STATES MAGISTRATE JUDGE